**Duyonn Andre VINCENT,
Petitioner—Appellee,**

v.

**Kurt JONES, Respondent—Appellant.**

**No. 00–2441.**

United States Court of Appeals,
Sixth Circuit.

July 9, 2003.

Before SUHRHEINRICH and
GILMAN, Circuit Judges; and HOOD,
District Judge.

ORDER

Upon receipt of the judgment of the
Supreme Court of the United States re-
versing the judgment of this court, the
matter is hereby remanded to the district
court with instructions to deny the writ of
habeas corpus in accordance with the opin-
ion of the Supreme Court.

IT IS SO ORDERED.